**The Hon. Candy W. Dale**

H. Matthew Munson
Idaho State Bar #10284
Betts Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone:   (206) 292-9988
Facsimile:    (206) 343-7053
Email:          mmunson@bpmlaw.com

Attorneys for Plaintiff Viking
Insurance Company of Wisconsin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO, BOISE

| | |
|---|---|
| VIKING INSURANCE COMPANY OF WISCONSIN, a Wisconsin corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; ELISABETH MORISSIN, a resident of Oregon; JLC 5, LLC, an Idaho limited liability company d/b/a IDAHO PIZZA COMPANY; and JASON SIMMONS, a resident of Idaho.<br><br>Defendants. | Case No.: 1:19-00064-CWD<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

In accordance with Federal Rule of Civil Procedure 41(a)(1), plaintiff Viking Insurance Company of Wisconsin hereby dismisses this action with prejudice and without fees or costs.

NOTICE OF DISMISSAL WITH
PREJUDICE - 1

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927

1413638.docx/051519 0808

DATED this 15th day of May, 2019.

        BETTS, PATTERSON & MINES, P.S.

By: s/ *H. Matthew Munson*
   H. Matthew Munson, Idaho State Bar #10284
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone:  (206) 292-9988
Facsimile:  (206) 343-7053
E-mail:  mmunson@bpmlaw.com

Attorneys for Plaintiff Viking Insurance Company of Wisconsin

---

NOTICE OF DISMISSAL WITH PREJUDICE - 2

1413638.docx/051519 0808

# CERTIFICATE OF SERVICE

I, H. Matthew Munson, hereby certify that on May 15, 2019, I caused to be electronically filed the following:

- Notice of Dismissal with Prejudice; and

- Certificate of Service.

with the Court using the CM/ECF system.

DATED this 15th day of May 2019.

                                        BETTS, PATTERSON & MINES, P.S.

                                        By: *s/ H. Matthew Munson*
                                           H. Matthew Munson, WSBA # 32019
                                        One Convention Place, Suite 1400
                                        701 Pike Street
                                        Seattle WA 98101-3927
                                        Telephone:   (206) 292-9988
                                        Facsimile:    (206) 343-7053
                                        E-mail:        mmunson@bpmlaw.com

                                        Attorneys for Plaintiff Viking Insurance Company of Wisconsin

NOTICE OF DISMISSAL WITH PREJUDICE - 3

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927

1413638.docx/051519 0808